Preston D. HOWARD, Plaintiff–
Appellant,

v.

Lossie Howard HOPKINS, Operating as
the Executrix of a Will Under the
Laws of Texas; Sharion Fisher, Attor-
ney operating as an Official of the
Court who drafted and probated the
applications in their capacity of fraud
upon the Court, Defendants–Appel-
lees.

No. 06–41503
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 3, 2007.

Preston D. Howard, pro se.

Before JOLLY, DENNIS, and
CLEMENT, Circuit Judges.

PER CURIAM: *

Preston Howard, pro se, appeals the
district court's dismissal of his claims re-
lating to the probate of a will for lack of
subject matter jurisdiction. We affirm.
Howard's original complaint, filed against
Lossie Edward Hopkins, the executrix of
the will, and against Sharion Fisher, an
attorney involved in the probate of that
will, asserted various general allegations
that Hopkins and Fisher "conspired and
confederated together and fraudulently
collected certain monies" from the estate.
Howard's amended complaint, submitted
in response to a court order seeking clarifi-
cation of Howard's claims, alleged that
Hopkins and Fisher "acted under color of
law and used the state laws to violate the
plaintiff's constitutional rights." The mag-
istrate judge to whom the case was as-
signed recommended that Howard's claim
be dismissed, and the district court agreed.

Howard's complaint was properly dis-
missed. Hopkins and Fisher are private
citizens, not government employees. Al-
though private persons willfully participat-
ing with the state act under color of state
law, the complaint does not contain facts
showing that either Hopkins or Fisher did
so. *Sarmiento, D.V.M. v. Tex. Bd. of Vet-*

---

*erinary Med. Exam'rs*, 939 F.2d 1242, 1245–46, 1248 (5th Cir.1991).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.